WEST, Appellant, v. FULLER et al., Respondents. (Supreme Court, Appellate Division,

Third Department. May 7, 1902.) Action by Alonzo B. West against John C. Fuller and Augustus M. Wait. No opinion. Judgment unanimously affirmed, with costs.